TS-6160                                                          1

En el Tribunal Supremo de Puerto Rico

| IN RE: | |
|---|---|
| HECTOR J. MIRANDA CASASNOVAS | 99TSPR68 |

Número del Caso: TS-6160

Abogados de la Parte Querellante: LCDA. MADY PACHECO GARCIA DE LA NOCEDA
DIRECTORA EJECUTIVA COLEGIO DE ABOGADOS

Abogados de la Parte Querellada: POR DERECHO PROPIO

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 5/7/1999

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    Héctor J. Miranda                    TS-6160
    Casasnovas

RESOLUCION

San Juan, Puerto Rico, a 7 de mayo de 1999

I

El pasado 12 de marzo de 1999, mediante Opinión <u>Per Curiam</u>, suspendimos al Lcdo. Héctor J. Miranda Casasnovas del ejercicio de la profesión de abogado y la notaría por no haber satisfecho la cuota anual del Colegio de Abogados y haber hecho caso omiso a nuestras notificaciones remitidas por correo certificado a su dirección en récord.

Notificado el Lcdo. Miranda Casasnovas el 30 de marzo, el Alguacil del Tribunal se incautó de su obra y sello notarial para ser remitida a la Oficina de Inspección de Notarías.

El 14 de abril, Miranda Casasnovas nos solicitó urgentemente su reinstalación, exponiendo haber satisfecho el pago de la cuota al Colegio de Abogados. Sobre el cambio de dirección nos ofreció disculpas, aduciendo que problemas familiares le obligaron a mudarse súbitamente a una vivienda rural donde no contaba con servicio postal y/o telefónico. Nos señaló que notificó la nueva dirección al Colegio de Abogados y a la Oficina de Inspección de Notarías. Sin embargo, en su expediente no consta dicha notificación.

## II

A la luz de lo antes expuesto, no procede reconsiderar la suspensión original decretada, que fue efectiva el día de la notificación. En su lugar, limitamos la suspensión al período de tiempo transcurrido y reinstalamos a la abogacía al Lcdo. Miranda Casasnovas hoy.

Oportunamente la Oficina de Inspección de Notarías nos rendirá un Informe en torno a su obra notarial.

Se le apercibe al Lcdo. Miranda Casasnovas del estricto cumplimiento en el futuro de sus responsabilidades como abogado.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López y la Juez Asociada señora Naveira de Rodón no intervinieron.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo